UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION
7:21-cv-00162-D

Erik Stephenson,

    Plaintiff,

v.

The Housing Authority of The City of Lumberton, The City of Lumberton,

    Defendants.

**ORDER**

The stipulation is approved. The entire action, including all counts and claims stated herein against Defendant The Housing Authority of The City of Lumberton, is hereby dismissed with prejudice.

SO ORDERED. This 22 day of November, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE